UNITED STATES of America,
Plaintiff—Appellee,

v.

Victor Jermaine LIPFORD,
Defendant—Appellant.

No. 08–6533.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2008.

Decided: Dec. 11, 2008.

Victor Jermaine Lipford, Appellant Pro Se. Donald Ray Wolthuis, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Jermaine Lipford appeals the district court's order denying his motion for sentence reduction filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lipford,* No. 7:97–cr–40008–jlk–10 (W.D.Va. filed Mar. 24, 2008; entered Mar. 26, 2008). We deny Lipford's motion for appointment of counsel and his motion to remand the case in full. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*